UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE-NIGEL BARNETT,

                Plaintiff,

        -against-

DAVE STEWART, et al.,,

                Defendants.

26-CV-107 (JGLC)

**<u>ORDER</u>**

JESSICA G. L. CLARKE, United States District Judge:

The Complaint in this action was filed on January 3, 2026. *See* ECF No. 1. On April 8, 2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made to Defendants Vaibhav Taneja, Robert Rodriguez, Brandon Ehrhart, Sarah McCready, Tesla, Inc., Elon Musk, Arpit H. [Last Name Unknown], Byron Stewart, and John [Last Name Unknown] within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure – or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 33 ("OTSC"). The Court notified Plaintiff that if he did not show good cause – or file anything – by May 8, 2026, the Court would dismiss the unserved defendants from this action. *Id.*

On April 13, 2026, counsel for Tesla, Inc. appeared on the docket. *See* ECF No. 35. On May 2, Plaintiff filed a response to the Court's OTSC indicating that a process server mailed waivers of service to the unserved defendants on March 16, 2026, and that he had trouble with service provider on the individual defendants. *See* ECF No. 42. The Court hereby discharges its OTSC as against Tesla, Inc. On May 5, 2026, Plaintiff appeared to voluntarily dismiss Vaibhav Taneja, Robert Rodriguez, Brandon Ehrhart, Sarah McCready, Elon Musk, Arpit H. [Last Name Unknown], Byron Stewart, and John [Last Name Unknown] from this action without prejudice.

Additionally, on May 6, 2026, Plaintiff filed a motion seeking leave to file a second amended complaint under Rule 15(a)(2) of the Federal Rules of Civil Procedure. ECF No. 49. Plaintiff seeks to amend his First Amended Complaint ("FAC") to add four defendants and the relevant claims against them. *Id.* Plaintiff is directed to file his proposed Second Amended Complaint ("PSAC"), including a "redline" showing the differences between the FAC and PSAC, by **June 12, 2026**. After that point, the Court will adjudicate his motion. Because of Plaintiff's stated intent to amend, all other responsive pleadings shall be held in abeyance.

Based on the foregoing, the Complaint is dismissed without prejudice against only the unserved defendants pursuant to Rules 4(m) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to mail a copy of this Order to Plaintiff and terminate Defendants Vaibhav Taneja, Robert Rodriguez, Brandon Ehrhart, Sarah McCready, Elon Musk, Arpit H. [Last Name Unknown], Byron Stewart, and John [Last Name Unknown] from the docket.

Dated: May 14, 2026
      New York, New York

SO ORDERED.

_____

JESSICA G. L. CLARKE
United States District Judge

2