UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ANDRE-NIGEL BARNETT,

                            Plaintiff,                       **ORDER**

     -against-                                  26 Civ. 107 (JGLC)(JCM)


DAVE STEWART, *et al.*,

                          Defendants.
-----------------------------------------------------------------X

      On June 11, 2026, the Court directed Defendants to "inform the Court whether they … consent to the filing of Plaintiff's proposed Second Amended Complaint" by June 25, 2026. (Docket No. 55). To date, Defendants Dave Stewart, Ron Rothkrantz and DS Home Services LLC, ("DS Defendants"), have not done so. If the DS Defendants do not submit a response by June 30, 2026, the Court will deem Plaintiff's letter motion for leave to file a Second Amended Complaint, (Docket No. 49), unopposed by the DS Defendants.


Dated:  June 26, 2026
        White Plains, New York

                                      **SO ORDERED:**

                                      _____
                                      JUDITH C. McCARTHY
                                      United States Magistrate Judge